Kelsey L. Shewbert, OSB No. 221063
Kaytlin L. Carlson, OSB No. 212463
HWS LAW GROUP LLP
1500 Fourth Avenue, Suite 200
Seattle, WA 98101
Phone: (206) 262-1200
Fax: (206) 260-4350
kshewbert@hwslawgroup.com
kcarlson@hwslawgroup.com

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

DEPARTMENT OF PORTLAND

| | |
|---|---|
| RONALD HAYES; JERAMIAH ARNOLD-FOWLKES; and PRINCE-AMAHYZA HUDSON,<br><br>            Plaintiffs,<br><br>v.<br><br>HOME DEPOT U.S.A., INC., a Delaware corporation; JOHN DOE; and JANE DOE,<br><br>            Defendants. | CAUSE NO.  3:22-cv-01609<br><br>DEFENDANTS' NOTICE OF REMOVAL<br><br>DEMAND FOR JURY OF TWELVE |

**To:    Clerk of The Court, United States District Court For The District Of Oregon, Portland Division.**

**PLEASE TAKE NOTE** that Defendants Home Depot U.S.A., Inc. (hereinafter "Home Depot") hereby remove to this Court the State action described below in accordance with 28 U.S.C. §§ 1332, 1441 and 1446.  As grounds for removal, Home Depot respectfully states:

//

//

DEFENDANT'S NOTICE OF REMOVAL
(CAUSE NO. 3:22-cv-01609 ) - Page 1

## I.  STATE COURT ACTION

1.      The State Court action to be removed is *Ronald Hayes, et al. v. Home Depot U.S.A., Inc.*  Multnomah County Circuit Court Case No. 22CV31377 (Plaintiff's Complaint – **Exhibit A**).

## II.  TIME FOR REMOVAL

2.      Plaintiffs filed their action in Multnomah County Circuit Court on September 14, 2022.  The Complaint was served on Home Depot on September 26, 2022.  Pursuant to 28 U.S.C. § 1446(b), a party may remove an action to Federal District Court within 30 days of service of process.  Home Depot therefore has until October 26, 2022 or 30 days after service of Plaintiff's Complaint to move for removal to this Federal District Court.  28 U.S.C. § 1446(b).

## III.  BASIS FOR REMOVAL

3.      A party may seek removal of a State Court action where the amount in controversy exceeds $75,000 and the action is between citizens of different states.  28 U.S.C. § 1332(a)(1).

### A.  Amount in Controversy

4.      Plaintiff's Complaint seeks $750,000.00 in damages.  **Exhibit A**.

### B.  Diversity of Citizenship

5.      This is a false arrest, discrimination action arising from damages allegedly sustained by Plaintiffs while shopping at a Home Depot store in Happy Valley, Oregon.

6.      Plaintiffs are residents of the State of Oregon, residing at the following counties: Multnomah and Clackamas Counties.

7.      The Complaint named Home Depot U.S.A., Inc. as the defendant.  Home Depot U.S.A., Inc. was, and currently is, incorporated in the State of Delaware with its principal place of business in Georgia (*see Declaration of Kelsey L. Shewbert* (hereinafter "*Decl. KLS*")).  For the purposes of removal based on diversity jurisdiction, Home Depot is a citizen of Delaware. 28 U.S.C. § 1332 (C)(1); *Hertz Corp. v. Friend,* 559 US 77 (2010).

DEFENDANT'S NOTICE OF REMOVAL
(CAUSE NO.  3:22-cv-01609) - Page 2

**HWS LAW GROUP**
1500 FOURTH STREET, SUITE 200
SEATTLE, WA 98101
P: (206) 262-1200  F: (206) 260-4350

8.      The underlying State Court Action is one in which this Court has original jurisdiction under the provisions of Title 28, United State Code, Section 1332, and is one which may be removed to this Court by Home Depot, pursuant to the provisions of Title 28, United States Code, Section 1441, in that it is a civil action wherein the amount in controversy exceeds the sum of Seventy-Five Thousand Dollars ($75,000), exclusive of interest and costs, and is between entities of different states.

## IV.    NOTICE TO STATE COURT AND ADVERSE PARTIES

9.      Home Depot will promptly file a copy of this Notice with the clerk of the Multnomah County Circuit Court and will give written notice to all adverse parties.  28 U.S.C. §1446(d).

10.      In accordance with 28 U.S.C. § 1446, attached are the following documents which have been served on Home Depot: **Exhibit A** – Complaint; and **Exhibit B** – Summons **Exhibit C –** Plaintiff's First Request for Production.

## V.      JURY DEMAND

11.      As permitted by Fed. R. Civ. P. 38, Fed. R. Civ. P. 81(c)(3), Home Depot hereby respectfully demands a trial by jury of twelve of all issues triable of right by jury.

## VI.    INTRADISTRICT ASSIGNMENT

12.      This matter should be assigned to the Portland Division, as the alleged events in this matter arose in Multnomah County, making the Portland Division the appropriate venue. Local Rule 3.

WHEREFORE, Home Depot requests that this action, *Ronald Hayes, et al. v. Home Depot U.S.A., Inc,* Multnomah County Circuit Court Case No. 22CV31377, be removed to the United States District Court for the District of Oregon, Portland Division.

DEFENDANT'S NOTICE OF REMOVAL
(CAUSE NO.  3:22-cv-01609) - Page 3

DATED this 21st day of October, 2022 in Seattle, Washington.

HWS LAW GROUP LLP


*/s/Kelsey L. Shewbert*
*/s/Kaytlin L. Carlson*
Kelsey L. Shewbert, OSB No. 221063
kshewbert@hwslawgroup.com
Kaytlin L. Carlson, OSB No. 212463
kcarlson@hwslawgroup.com
Attorneys for Defendants

DEFENDANT'S NOTICE OF REMOVAL
(CAUSE NO.  3:22-cv-01609) - Page 4

<u>CERTIFICATE OF SERVICE</u>

I certify under penalty of perjury under the laws of the State of Oregon, that the following is true and correct:

I am employed by the law firm of HWS Law Group LLP.

At all times hereinafter mentioned, I was and am a citizen of the United States of America, a resident of the State of Washington, over the age of eighteen (18) years, not a party to the above-entitled action, and competent to be a witness herein.

On the date set forth below I served the document(s) to which this is attached, in the manner noted on the following person(s):

| PARTY/COUNSEL | DELIVERY INSTRUCTIONS |
|---|---|
| **CO /Plaintiff** <br> Gregory Kafoury <br> Mark McDougal <br> Kafoury &McDougal <br> 411 SW 2nd Ave., Suite 200 <br> Portland, OR 97204 | ☐ **Via U.S. Mail** <br> ☒ **Via E-Mail** <br> ☐ **Via Messenger Service** <br> ☒ **Via Court E-Service** <br><br> kafoury@kafourymcdougal.com <br> mcdougal@kafourymcdougal.com |

DATED this 21st day of October, 2022 in Seattle, Washington.

*/s/Christie Kramer*_____
Christie Kramer, Paralegal/Legal Assistant

DEFENDANT'S NOTICE OF REMOVAL
(CAUSE NO.  3:22-cv-01609) - Page 5

**EXHIBIT – A**

1

2

3

4 IN THE CIRCUIT COURT OF THE STATE OF OREGON

5 FOR THE COUNTY OF MULTNOMAH

| | |
|---|---|
| RONALD HAYES; JERAMIAH ARNOLD-FOWLKES; and PRINCE-AMAHYZA HUDSON, | Case No. |
| | COMPLAINT (False Arrest; Discrimination) |
| Plaintiffs, | |
| | NOT SUBJECT TO MANDATORY ARBITRATION |
| v. | |
| HOME DEPOT U.S.A., INC., a Delaware corporation; JOHN DOE; and JANE DOE, | PRAYER: $750,000 ORS 21.160(1)(c) |
| | JURY TRIAL DEMANDED |
| Defendants. | |

13    Plaintiffs demand a jury trial and allege as follows:

14                                    1.

15    Defendant Home Depot U.S.A., Inc. (hereinafter, "Home Depot") is, and at

16 all times mentioned herein has been, a Delaware corporation engaged in the

17 retail sale of a wide variety of merchandise and goods, including at a store

18 located at 9300 SE 82nd Avenue, Happy Valley, Oregon.  Home Depot conducts

19 regular, sustained business activity in Multnomah County.

20                                    2.

21    At all times mentioned herein, John Doe was acting within the course

22 and scope of his employment by Home Depot.

23 /////

PAGE 1 – COMPLAINT

KAFOURY & McDOUGAL
411 SW 2nd Ave, Ste 200
Portland, OR 97204
Fax: 503-224-2673
Phone: 503-224-2647

3.

At all times mentioned herein, Jane Doe was acting within the course and scope of her employment by Home Depot.

4.

On or about June 22, 2022, plaintiffs were customers at the above-mentioned Home Depot. Plaintiff Hayes saw a security guard (John Doe) following him throughout the store. John Doe followed plaintiff Hayes to the pay station and watched all three plaintiffs pay for their items. After paying, as plaintiffs were approaching the exit, John Doe and another employee (Jane Doe) detained plaintiffs and demanded to check their receipts. None of the other customers who were leaving the store were stopped. Plaintiffs were the only Black customers.

### FIRST CLAIM FOR RELIEF

### (False Arrest – All Defendants)

5.

Plaintiffs reallege and incorporate by reference paragraphs 1-4 above.

6.

The above-described stop and detention was intentional, plaintiffs were aware of their detention, and the detention was unlawful.

7.

As a result of the above-described detention, plaintiffs suffered, continue to suffer, and will in the future suffer from embarrassment, frustration, anger, humiliation and a sense of increased vulnerability, all to each of their

PAGE 2 – COMPLAINT

KAFOURY & McDOUGAL
411 SW 2nd Ave, Ste 200
Portland, OR 97204
Fax: 503-224-2673
Phone: 503-224-2647

1 | noneconomic damages not to exceed $100,000.

## SECOND CLAIM FOR RELIEF

### (Discrimination – All Defendants)

8.

Plaintiffs reallege and incorporate by reference paragraphs 1-4 above.

9.

Plaintiffs are all African-American.

10.

The above-described Home Depot store is, and at all times mentioned herein has been, a place of public accommodation within the meaning of ORS 659A.400.  At least part of the motivation for the above-described conduct on the part of the employees described above was the plaintiffs' race.

11.

The above-described conduct violates ORS 659A.403, which prohibits discrimination in places of public accommodation on account of race.

12.

As a result of the above-described discrimination, plaintiffs suffered, continue to suffer, and may permanently suffer from feelings of racial stigmatization, embarrassment, humiliation, anger, indignity, and shame, all to each of their noneconomic damages in the amount of $150,000.

13.

Plaintiffs are entitled to their reasonable attorney fees pursuant to ORS 659A.885.

PAGE 3 – COMPLAINT

1      WHEREFORE, each plaintiff prays for judgment against defendants in

2  the amount of $250,000 in noneconomic damages, for plaintiffs' attorney fees

3  pursuant to ORS 659A.885, and for their costs and disbursements necessarily

4  incurred herein.

5      Dated this 14th day of September, 2022.

6                    KAFOURY & MCDOUGAL

7

                    */s/ Gregory Kafoury*

8                    Gregory Kafoury, OSB #741663
                    Kafoury@kafourymcdougal.com

9                    Mark McDougal, OSB #890869
                    mcdougal@kafourymcdougal.com

10                  Attorneys for Plaintiff

11      Plaintiffs hereby provide notice of their intent to amend to include a

12  claim for punitive damages.

13

14

15

16

17

18

19

20

21

22

23

PAGE 4 – COMPLAINT

KAFOURY & McDOUGAL
411 SW 2nd Ave, Ste 200
Portland, OR 97204
Fax: 503-224-2673
Phone: 503-224-2647

**EXHIBIT – B**

IN THE CIRCUIT COURT OF THE STATE OF OREGON
FOR THE COUNTY OF MULTNOMAH

RONALD HAYES; JEREMIAH ARNOLD-
FOWLKES; and PRINCE-AMAHYZA HUDSON,

          Plaintiffs,

     v.

HOME DEPOT U.S.A., INC., a Delaware
corporation; JOHN DOE; and JANE DOE,

          Defendants.

Case No. 22CV31377

SUMMONS

*SUB-SERVICE COPY*

TO:    Home Depot U.S.A., Inc.
       c/o Corporation Service Company
       1127 Broadway Street NE, Suite 310
       Salem OR 97301

      You are hereby required to appear and defend the complaint filed against you in the above entitled action within thirty (30) days from the date of service of this summons upon you, and in case of your failure to do so, for want thereof, plaintiff(s) will apply to the court for the relief demanded in the complaint.

**NOTICE TO THE DEFENDANT:  READ THESE PAPERS CAREFULLY!**

      You must "appear" in this case or the other side will win automatically.  To "appear" you must file with the court a legal paper called a "motion" or "answer."  The "motion" or "answer" must be given to the court clerk or administrator within 30 days along with the required filing fee.  It must be in proper form and have proof of service on the plaintiff's attorney or, if the plaintiff does not have an attorney, proof of service upon the plaintiff.
      If you have any questions, you should see an attorney immediately.  If you need help in finding an attorney, you may call the Oregon State Bar's Lawyer Referral Service at (503) 684-3763 or toll-free in Oregon at (800) 452-7636.

SIGNATURE OF ATTORNEY/AUTHOR FOR PLAINTIFF

Jason Kafoury, OSB No. 091200
ATTORNEY'S/AUTHOR'S NAME (TYPED OR PRINTED)    BAR NO. (IF ANY)

Kafoury & McDougal, 411 SW Second Ave, Ste 200

Portland OR 97204         (503) 224-2647
CITY       STATE       ZIP       PHONE

Jason Kafoury, OSB No. 091200
TRIAL ATTORNEY IF OTHER THAN ABOVE (TYPED OR PRINTED)    BAR NO.

STATE OF OREGON   )
                   ) ss.
County of Multnomah   )

      I, the undersigned attorney of record for the plaintiff, certify that the foregoing is an exact and complete copy of the original summons in the above entitled action.

Jason Kafoury, OSB No. 091200, Attorney of Record for Plaintiff

TO THE OFFICER OR OTHER PERSON SERVING THIS SUMMONS: You are hereby directed to serve a true copy of this summons, together with a true copy of the complaint mentioned therein, upon the individual(s) or other legal entity(ies) to whom or which this summons is directed, and to make your proof of service on the reverse hereof or upon a separate similar document which you shall attach hereto.

Jason Kafoury, OSB No. 091200, Attorney of Record for Plaintiff

**EXHIBIT – C**

1

2

3

4                    IN THE CIRCUIT COURT OF THE STATE OF OREGON

5                        FOR THE COUNTY OF MULTNOMAH

6   RONALD HAYES; JERAMIAH ARNOLD-        Case No.  22CV31377
    FOWLKES; and PRINCE-AMAHYZA
7   HUDSON,                               PLAINTIFF'S FIRST REQUEST
                                          FOR PRODUCTION
8                Plaintiffs,

9        v.

10  HOME DEPOT U.S.A., INC., a Delaware
    corporation; JOHN DOE; and JANE
11  DOE,

12               Defendants.

13  TO:   Defendant Home Depot U.S.A., Inc.

14        Pursuant to ORCP 43, plaintiff requests defendant to produce and permit

15  plaintiff to inspect and copy each of the following documents within forty-five

16  (45) days of the date of service, at the office of plaintiff's counsel, Kafoury &

17  McDougal, 411 SW 2nd Ave, Ste 200, Portland, Oregon, 97204, or at such other

18  place upon which the parties shall mutually agree.

19                    **DEFINITIONS AND GENERAL INSTRUCTIONS**

20        A.    The term "document" has the meaning set forth in ORCP 43 and is

21  used in the broadest sense possible to include anything that can be read,

22  listened to, printed, viewed, transcribed, scanned, translated, or interpreted,

23  and includes the original, or a copy when the original is not available, and each

Page 1 –PLAINTIFF'S FIRST REQUEST FOR          KAFOURY & McDOUGAL
        PRODUCTION                             411 SW 2nd Avenue, Suite 200
                                               Portland OR 97204
                                               Telephone: (503) 224-2673
                                               Fax: (503) 224-2647

1 | non-identical copy, including copies that are non-identical by reason of

2 | notations or markings, and any attachments and enclosures, which shall not

3 | be separated from the document to which they are attached or enclosed.

4 |    B.    "Relating to" or "related to" means concerning, referring to,

5 | alluding to, responding to, in connection with, commenting on, in response to,

6 | about, regarding, announcing, explaining, discussing, showing, describing,

7 | studying, reflecting, analyzing or constituting.

8 |    C.    Each document of the kind requested herein shall be produced in

9 | a manner which preserves its sequential relationship with other documents

10 | being produced and shall include the file folder and folder tabs associated with

11 | its file location and, if not apparent on the folder or tabs, shall be accompanied

12 | by identification of the person or department from whose files it was taken and

13 | such additional source information as is necessary to enable the parties to

14 | determine the document's original (preproduction) location.

15 |    D.    If defendant contends that any document is privileged in whole or

16 | in part, or otherwise objects to any part of any request, or believes that any

17 | identified document would be excludable from production to plaintiff in

18 | discovery regardless of its relevance, defendant shall identify with particularity

19 | each document for which it claims a privilege (including title, subject matter,

20 | author, recipient, and date) and state the reasons for each objection or grounds

21 | for exclusion.

22 |    E.    These requests are to be treated as continuing in nature, and

23 | supplementation of responses is requested for any new documents found,

Page 2 – PLAINTIFF'S FIRST REQUEST FOR
PRODUCTION

KAFOURY & McDOUGAL
411 SW 2nd Avenue, Suite 200
Portland OR 97204
Telephone: (503) 224-2673
Fax: (503) 224-2647

1  developed, or coming into defendant's actual or constructive possession,

2  custody, or control from the date of the request until the date of trial in this

3  case.

4  **DOCUMENT REQUESTS**

5  **REQUEST NO. 1:** Video from all cameras located inside and outside the

6  Happy Valley Home Depot store (9300 SE 82nd Avenue) (hereinafter referred to

7  as "the Home Depot") between 8:45 pm and 10:45 pm on June 22, 2022 that

8  depict Ronald Hayes, Jeramiah Arnold-Fowlkes, and/or Prince-Amahzya

9  Hudson, as memorialized in the letter to preserve evidence attached as Exhibit

10  A.

11  **REQUEST NO. 2:** All incident reports involving plaintiffs for the day of

12  June 22, 2022.

13  **REQUEST NO. 3:** All documents containing the names of all employees

14  who worked at the Home Depot between 8:45 pm and 10:45 pm on June 22,

15  2022.  A list of such persons will be considered compliance with this request.

16  **REQUEST NO. 4:** All documents containing the names of any witnesses

17  who saw or was in a position to see the presence of Ronald Hayes, Jeramiah

18  Arnold-Fowlkes, and/or Prince-Amahzya Hudson in the Home Depot on

19  June 22, 2022. A list of such persons will be considered compliance with this

20  request.

21  **REQUEST NO. 5:** All documents containing the names of the John Doe

22  and Jane Doe described in plaintiff's Complaint. A list of such persons will be

23  considered compliance with this request.

KAFOURY & McDOUGAL
411 SW 2nd Avenue, Suite 200
Portland OR 97204
Telephone: (503) 224-2673
Fax: (503) 224-2647

1    **REQUEST NO. 6:** All documents evidencing the presence of any

2    customers in the Home Depot between 8:45 pm and 10:45 pm on June 22,

3    2022. A list of names such persons will be considered compliance with this

4    request.

5    **REQUEST NO. 7:** Witness statements from any witnesses to the incident

6    on June 22, 2022, whether recorded by audio, video, or made in writing.

7    **REQUEST NO. 8:** Any statement given by Ronald Hayes (within the

8    meaning of ORCP 36(B)(3)(b)), whether recorded by audio, video, or made in

9    writing.

10    **REQUEST NO. 9:** Any statement given by Jeramiah Arnold-Fowlkes

11    (within the meaning of ORCP 36(B)(3)(b)), whether recorded by audio, video, or

12    made in writing.

13    **REQUEST NO. 10:** Any statement given by Prince-Amahyza Hudson

14    (within the meaning of ORCP 36(B)(3)(b)), whether recorded by audio, video, or

15    made in writing.

16    **REQUEST NO. 11:** Any and all correspondence between any of the

17    plaintiffs and Home Depot, including letters, emails, and text messages.

18    **REQUEST NO. 12:** All documents and videos provided to or shown to

19    any Home Depot employees who interacted with plaintiffs on the date of the

20    incident, that deal with, touch upon or concern policies and procedures

21    regarding watching and/or following Home Depot customers.  This request

22    includes all documents given to and/or training videos watched by any

23

Page 4 – PLAINTIFF'S FIRST REQUEST FOR
PRODUCTION

KAFOURY & McDOUGAL
411 SW 2nd Avenue, Suite 200
Portland OR 97204
Telephone: (503) 224-2673
Fax: (503) 224-2647

1    employees involved in plaintiffs' incident and all documents given to and/or

2    training videos shown to defendants John Doe and Jane Doe.

3      **REQUEST NO. 13:** All documents and videos provided to or shown to

4    any Home Depot employees interacted with plaintiffs on the date of the

5    incident, that deal with, touch upon or concern policies and procedures

6    regarding detaining Home Depot customers.  This request includes documents

7    given to and/or all training videos watched by any employees involved in

8    plaintiff's incident and all documents given to and/or training videos shown to

9    defendants John Doe and Jane Doe.

10      **REQUEST NO. 14:** All loss prevention policies in effect on the day of

11    plaintiffs' incident.

12      **REQUEST NO. 15:** All loss prevention policies that went into effect after

13    plaintiffs' incident.

14      **REQUEST NO. 16:** The entire personnel file for John Doe, including but

15    not limited to application records, employment history, criminal background,

16    disciplinary records, complaints, education and training history, and

17    performance reviews.

18      **REQUEST NO. 17:** The entire personnel file for Jane Doe, including but

19    not limited to application records, employment history, criminal background,

20    disciplinary records, complaints, education and training history, and

21    performance reviews.

22    /////

23    /////

KAFOURY & McDOUGAL
411 SW 2nd Avenue, Suite 200
Portland OR 97204
Telephone: (503) 224-2673
Fax: (503) 224-2647

1     **REQUEST NO. 18:** Any documents relating to any counseling or

2 disciplinary action taken against defendant John Doe, Jane Doe, or anyone

3 else regarding the June 22, 2022 incident at issue in this case.

4     Dated this 15th day of September, 2022.

5                 KAFOURY & MCDOUGAL

6

7                 */s/ Gregory Kafoury*
                Gregory Kafoury, OSB No. 741663
                kafoury@kafourymcdougal.com

8                 *Of Attorneys for Plaintiff*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

KAFOURY & McDOUGAL
411 SW 2nd Avenue, Suite 200
Portland OR 97204
Telephone: (503) 224-2673
Fax: (503) 224-2647